## AMERICAN NETWORK SERVICES, INC., Plaintiff/Respondent,

v.

## SPECIAL SERVICES, INC., Defendant/Appellant.

### No. 72210.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 28, 1998.

Patrick J. McCarthy, St. Louis, for defendant/appellant.

Peter L. LeJeune, St. Louis, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Special Services, Inc. ("Special Services") appeals from a judgment rendered by the Circuit Court of St. Louis City, in favor of American Network Services, Inc. ("American Network") in a breach of contract suit. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).